# In The Fourth Court of Appeals District

Otto Ray Kietzman
Appellant

V.

State of Texas
Respondant

Trial Court No. 2013 WO631
Court of Appeals Old No. 04-14-00106 CR
Court of Appeals New No. 04-14-00432 CR

## Motion To Compel The Record

Come Now the Appellant pro-se in the above styled Cause pursuant to Appellate Procedures to exercise his right to File a petition for rehearing and or discretionary review.

On December 16, 2014, the Clerk of the District Court Filed a copy of the supplemental record with the Court of Appeals, as this Court has noted Appellant Should be provied a copy of this supplemental Clerk's record to comply with the requirements of Appellate Procedure and Anders v. California 386 U.S. 738 (1967), Also this Court has on December 9th has had something submitted to them, and the Appellant was not sent a copy as he Should have been under Appellate Procedures.

Fore good cause shown the Appellant would ask this Court to Compel these record onto the Appellant.

Respectfully Submitted

Otto Ray Kietzman

Done on This 25th day of December 2014

# In The Fourth Court of Appeals District

Otto Ray Kietzman

Appellant

v.

State of Texas

Respondant

trial Court No. 2013 W0631

Court of Appeals Old No. 04-14-00106 CR

Court of Appeals New No. 04-14-00432 CR

## Motion For Extension of Time

Comes now the Appellant pro-se pursuant to Texas Rules of Appellate Procedure 64.5 and 10.5 (b).

The Appellant ask this Honorable Court to allow a extension of time in which to file a petition For rehearing in this cause as well as his petition For discretionary review... Due to this Courts failure to Follow Appellate Procedures, The Appellant should sent copies of all that is filed in this cause being he is his own counsel in this matter. On December 9th Something was filed in this Court on this Cause, also a supplemental Clerk's record was filed on December 16, 2014. Not being able to review the record the Appellant would be denied a effective rehearing and discretionary review. For good cause shown the Appellant should be granted this extension of Time

Respectfully Submitted

[signature]

Appellant

Done on this 28th day of December 2014.

Otto Ray Rietzman #1022316
300 J Comal
San Antonio Tx 78207

FILED
IN THE COURT OF APPEALS
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
AT SAN ANTONIO, TEXAS
2014 DEC 30 PM 1:18 1:19
2014 DEC 30 PM 1:18

KEITH E. HOTTLE, CLERK
KEITH E. HOTTLE, CLERK

7820530037 99

Court of Appeals Clerk
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio Tx 78205-3037

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
29 DEC 2014 PM 4 L

FOREVER USA